IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard Green, Esquire, | ) Civil Action No. 02CV4590 |
| Plaintiff, | ) |
| v. | ) |
| Zurich American Insurance Company, | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant Zurich American Insurance Company in this matter.

_____
William J. Leahy, Esquire
Pa I.D. No. 80340
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
(267) 402-3012
(267) 402-3131-fax

Dated:  September 10, 2002

## CERTIFICATE OF SERVICE

I, William J. Leahy, Esquire, hereby certify that on this 10th day of September, 2001, I caused a true and correct copy of the foregoing Entry of Appearance, to be served by United States first class mail, postage-prepaid upon the following counsel:

> Sidney L. Gold, Esquire
> Lovitz & Gold, P.C.
> 1835 Market Street, Suite 515
> Eleven Penn Center Building
> Philadelphia, PA  19103

_____
William J. Leahy