IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD GREEN, ESQUIRE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ZURICH AMERICAN INSURANCE COMPANY** | : | **NO. 02-4590** |

**O R D E R**

**AND NOW,** this         day of October, 2002, upon consideration of defendant Zurich American Insurance Company's Motion for Admission of Mark T. Phillis, Esq. Pro Hac Vice (Doc. #5), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** and Mark T. Phillis, Esq. is admitted pro hac vice for the purposes of litigating this action on the assumption that William J. Leahy, Esq., who is a member of the bar of this court, will serve as associate counsel consistent with Local Rule of Civil Procedure 83.5.2.

BY THE COURT:

_____
**JAY C. WALDMAN, J.**