## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the Joint Motion for Extension of Discovery and Dispositive Motion Deadlines and Other Dates in Scheduling Order, to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

>William J. Leahy, Esquire
>LITTLER MENDELSON, P.C.
>Three Parkway, Suite 1400
>1601 Cherry Street
>Philadelphia, PA 19102
>**Attorney for Defendant**
>
>Mark Phyllis, Esquire
>LITTLER MENDELSON, P.C.
>Dominion Tower
>625 Liberty Avenue
>26th Floor
>Pittsburgh, PA 15222
>**Attorney for Defendant**

_____
                              SIDNEY L. GOLD, ESQUIRE

DATE:_____