# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD GREEN, ESQUIRE, | : CIVIL ACTION NO.: 02-cv-4590 |
| *Plaintiff*, | : |
| vs. | : |
| ZURICH AMERICAN INSURANCE COMPANY, | : |
| *Defendant*. | : |

# O R D E R

_____**AND NOW,** this ____ day of _____, 2002, upon consideration of Plaintiff and Defendant's Joint Motion for Extension of Discovery and Dispositive Motion Deadlines and Other Dates In the Scheduling Order, it is hereby **ORDERED** and **DECREED** that the said Motion is **GRANTED** and that all parties shall have an additional **ninety (90) days** until **April 22, 2003**, to complete all discovery and that all other Court imposed deadlines are adjusted accordingly.

_____
J.