## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD GREEN, ESQUIRE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ZURICH AMERICAN INSURANCE** | : | |
| **COMPANY** | : | **NO. 02-4590** |

### O R D E R

**AND NOW,** this _____ day of January, 2003, upon consideration of the parties' Joint Motion for Extension of Discovery and Other Dates in the Scheduling Order (Doc. #8), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** in that the discovery deadline is extended to March 22, 2003, this case will be placed in the trial pool of May 4, 2003 and the other deadlines in the scheduling order are extended accordingly.

BY THE COURT:

_____
**JAY C. WALDMAN, J.**