IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD GREEN, ESQ. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ZURICH AMERICAN INSURANCE COMPANY | : | NO. 02-CV-4590 |

## ORDER

AND NOW, this      day of April, 2003, IT IS HEREBY ORDERED that the Court's order of January 9, 2003 (doc. no. 9) is hereby VACATED to the extent that this case will not be in the trial pool of May 4, 2003. All other deadlines will remain in effect.

BY THE COURT:

_____
Berle M. Schiller, J.