IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD GREEN, ESQUIRE, | : | CIVIL ACTION NO.: 02-cv-4590 |
| *Plaintiff*, | : | |
| vs. | : | |
| ZURICH AMERICAN INSURANCE COMPANY, | : | |
| *Defendant*. | : | |

**JURY INTERROGATORIES**

Each of the following questions are to be resolved by unanimous vote of a jury.

I.  **AGE DISCRIMINATION**

1. Do you find that Plaintiff proved by a preponderance of the evidence that Defendant unlawfully discriminated against him because of his age?

Yes _____   No _____

Instructions:

If the answer to the above question is "Yes," go to the next question.

If you answered "No" to Question 1, you need not proceed any further, but should enter a verdict for defendant.

-1-

      2.      Do you find by a preponderance of the evidence that the Defendant willfully violated the Age Discrimination in Employment Act, as defined in the jury charge?

      Yes _____      No _____

Instructions:

      If the answer is "Yes," proceed to next question.

      3.      Do you find that the defendant has articulated or advanced a legitimate business reason for its decision to terminate the Plaintiff?

      Yes _____      No _____

Instructions:

      If your answer to the above question is "No," stop at this point and return a verdict for Plaintiff.

      If your answer is "Yes," proceed to the next question.

4.      Do you find, by a preponderance of the evidence, that plaintiff has proved that defendant's legitimate business reason was a pretext for discrimination?

Yes _____        No_____

Instructions:

If your answer is "No," stop at this point and return a verdict for defendant.

If your answer is "yes," proceed to issue of damages.

**II.    DAMAGES**

5.      What amount of economic damages is Plaintiff entitled to recover from the Defendant to compensate him for his past lost wages through the present?

$ _____

6.      What amount of front pay is Plaintiff entitled to receive?

$_____

7.      What amount of compensatory damages is the Plaintiff entitled to receive?

$ _____

8. What amount if any do you award the Plaintiff as punitive damages?

$ _____

This ____ day of _____, 2003

                Respectfully submitted,

                LOVITZ & GOLD, P.C.

        BY:_____
                SIDNEY L. GOLD, ESQUIRE
                I.D. NO.: 21374
                Eleven Penn Center - Suite 515
                1835 Market Street
                Philadelphia, PA 19103
                (215) 569-1999
                Attorney for Plaintiff