IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD GREEN | : | CIVIL ACTION |
| | : | |
| v | : | |
| | : | |
| ZURICH AMERICAN INSURANCE COMPANY | : | NO. 02-CV-4590 |

**O R D E R**

AND NOW, this              day of April, 2003, IT IS HEREBY ORDERED that this case is referred to Magistrate Judge Jacob P. Hart, for the purposes of conducting a SETTLEMENT CONFERENCE.  Counsel shall contact Judge Hart's chambers (215-597-2733) within one week of the date of this Order to schedule a conference at Judge Hart's convenience.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

COPIES FAXED TO:
JUDGE JACOB P. HART  215-580-2163

Sidney L. Gold, Esq.         215-569-3870
William J. Leahy, Esq.      267-402-3131

Copy mailed to:  Mark T. Phillis, Esq.