IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD GREEN, ESQUIRE

              :        CIVIL ACTION
              :
vs.             :
              :        NO. 02-CV-4590

ZURICH AMERICAN INSURANCE
COMPANY

## O R D E R

**AND NOW, TO WIT:** This 19th day of June, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                     **MICHAEL E. KUNZ**, Clerk of Court

                                     **BY:**_____
                                             Patricia A. Callahan
                                             Deputy Clerk to
                                             Hon. Berle M. Schiller

Civ 2 (7/95)
41(b).frm